**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| KEVEN LEE TUCKER, | ) |
| | ) |
|    Plaintiff, | )   **Case No. 1:11-CV-00075 JTK** |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration | ) |
|    Defendant. | ) |

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 11th day of July, 2012.

_____
United States Magistrate Judge